UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ROBERT A. PASTRICK, | ) | CASE NO.  10-25689 JPK |
| | ) | Chapter 7 |
| Debtor. | ) | |
| \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* | | |
| STATE OF INDIANA ex rel. and | ) | |
| CITY OF EAST CHICAGO ex rel. | ) | |
| Gregory F. Zoeller, Attorney | ) | |
| General of Indiana | ) | |
| Plaintiff, | ) | |
| v. | ) | ADVERSARY NO. 11-2048 |
| ROBERT A. PASTRICK, | ) | |
| Defendant. | ) | |

### ORDER OF RECUSAL

On the Court's own motion, pursuant to 28 U.S.C. § 455 and Bankruptcy Rule 5004, I hereby recuse myself from all aspects of this adversary proceeding.

Pursuant to N.D.Ind.L.B.R. B-5004-1, this case "shall be sent to the Chief Bankruptcy Judge Robert E. Grant for reassignment to any other judge."

SO ORDERED.

Dated at Hammond, Indiana on June 2, 2011.

/s/ J. Philip Klingeberger
J. Philip Klingeberger, Judge
United States Bankruptcy Court